```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 05 B 57210
    FERNANDO P FERRER
    MELINDA O FERRER                          CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY

           Debtor
    SSN XXX-XX-4814     SSN XXX-XX-3621

-----------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     The case was filed on 10/15/2005 and was confirmed 12/22/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  38.00%.

     The case was dismissed after confirmation 12/04/2008.
-----------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                             PAID         PAID
-----------------------------------------------------------------------------
SHORT TERM LOAN            UNSECURED           763.95          .00       191.86
AAA CHECKMATE              UNSECURED           554.92          .00       139.37
SHORT TERM LOAN            UNSECURED           290.00          .00        72.84
ROUNDUP FUNDING LLC        SECURED            3000.00       127.10      3000.00
ROUNDUP FUNDING LLC        UNSECURED              .00          .00          .00
GREEN TREE SERVICING LLC   CURRENT MORTG         .00          .00          .00
WASHINGTON MUTUAL BANK     CURRENT MORTG         .00          .00          .00
WASHINGTON MUTUAL BANK     MORTGAGE ARRE     2059.84          .00      2059.84
ILLINOIS DEPT OF REVENUE   PRIORITY          1912.02          .00      1912.02
INTERNAL REVENUE SERVICE   PRIORITY          1504.72          .00      1504.72
INTERNAL REVENUE SERVICE   UNSECURED        10613.99          .00      2665.76
ABS CBN INTERNATIONAL      UNSECURED        NOT FILED         .00          .00
ADVANCE TIL PAYDAY         UNSECURED        NOT FILED         .00          .00
ADVANCED ORAL & MAXILLOF   UNSECURED        NOT FILED         .00          .00
AIR WISCONSIN AIRLINES C   UNSECURED        NOT FILED         .00          .00
VATIV                      UNSECURED           438.84         .00        110.22
AT & T WIRELESS            UNSECURED        NOT FILED         .00          .00
BANK ONE                   UNSECURED        NOT FILED         .00          .00
BROTHER LOAN & FINANCE     UNSECURED           418.24         .00        105.05
CASH AMERICA               UNSECURED          1192.26         .00        299.44
CERTEGY                    UNSECURED        NOT FILED         .00          .00
CHECK N GO                 UNSECURED           621.00         .00        155.96
COMCAST                    UNSECURED        NOT FILED         .00          .00
COMMONWEALTH EDISON        UNSECURED        NOT FILED         .00          .00
ARENSON PEDIATRIC SVCS     UNSECURED        NOT FILED         .00          .00
DR TOM BARANOWSKI          UNSECURED        NOT FILED         .00          .00
ELMHURST MEMORIAL HOSPIT   UNSECURED           825.07         .00        207.23
ELMHURST MEMORIAL HOSPIT   UNSECURED        NOT FILED         .00          .00
ELMHURST MEMORIAL HOSPIT   UNSECURED        NOT FILED         .00          .00
ELMHURST REHABILITATION    UNSECURED          1494.70         .00        375.41
ROUNDUP FUNDING LLC        UNSECURED           550.68         .00        209.26
GREAT AMERICAN FINANCE     UNSECURED           134.64         .00         33.82

                  PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 05 B 57210 FERNANDO P FERRER & MELINDA O FERRER
```

```
ECAST SETTLEMENT CORP     UNSECURED         880.59              .00         221.16
JEFFERSON CAPITAL SYSTEM  UNSECURED         666.18              .00         167.32
ILLINOIS TITLE LOANS INC  UNSECURED      NOT FILED              .00            .00
ILLINOIS TITLE LOANS INC  UNSECURED      NOT FILED              .00            .00
BANK OF ELMHURST          UNSECURED      NOT FILED              .00            .00
METRO PARAMEDICS          UNSECURED      NOT FILED              .00            .00
MIDWEST HEART SPECIALIST  UNSECURED      NOT FILED              .00            .00
PDL FINANCIAL SERVICES    UNSECURED         400.60              .00         100.61
PAYDAY LOAN STORE         UNSECURED      NOT FILED              .00            .00
PDL FINANCIAL SERVICES    UNSECURED      NOT FILED              .00            .00
PREMIER BANCARD CHARTER   UNSECURED         892.26              .00         224.10
PROVIDIAN                 UNSECURED      NOT FILED              .00            .00
ECMC                      UNSECURED       10052.98              .00        2524.86
ASSET ACCEPTANCE CORP     UNSECURED         235.51              .00          59.16
TCF BANK                  UNSECURED      NOT FILED              .00            .00
PREMIER BANCARD CHARTER   UNSECURED         888.03              .00         223.04
CASH STORE                UNSECURED      NOT FILED              .00            .00
COTTONWOOD FINANCIAL LTD  UNSECURED        2338.93              .00         587.43
USA PAYDAY LOAN           UNSECURED      NOT FILED              .00            .00
UNIVERSAL LENDERS INC     UNSECURED         979.05              .00         245.89
USA PAYDAY LOAN           UNSECURED      NOT FILED              .00            .00
GREEN TREE SERVICING LLC  MORTGAGE ARRE     822.00              .00         822.00
GREAT AMERICAN FINANCE    SECURED           700.00            29.65         700.00
ILLINOIS DEPT OF REVENUE  UNSECURED        1028.27              .00         258.25
RISCUITY                  UNSECURED        1192.26              .00         299.44
JENNIFER A BLANC DOUGE    ATTORNEY          568.00              .00         568.00
PRO SE DEBTOR             DEBTOR ATTY          .00                             .00
TOM VAUGHN                TRUSTEE                                          1,330.22
DEBTOR REFUND             REFUND                                               .00

        Summary of Receipts and Disbursements:
    ----------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
    ----------------------------------------------------------------------------
    TRUSTEE              21,531.03

    PRIORITY                                       3,416.74
    SECURED                                        6,581.84
        INTEREST                                     156.75
    UNSECURED                                      9,477.48
    ADMINISTRATIVE                                   568.00
    TRUSTEE COMPENSATION                           1,330.22
    DEBTOR REFUND                                       .00
                         ---------------       ---------------
    TOTALS               21,531.03                21,531.03
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 03/05/09 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |